IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PATTIE LYNN REEVES                                                                                    PLAINTIFF

vs.                                              Civil No. 1:15-cv-01033

CAROLYN COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 8th day of March 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                               /s/  Barry A. Bryant
                                                                               HON. BARRY A. BRYANT
                                                                               U. S. MAGISTRATE JUDGE